## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 1

**Case Number:** 91-22965 RBR
**Case Name:** EDGERLY, PAUL WILFRED

**Period Ending:** 06/30/10

**Trustee:** (290240)   KENNETH A. WELT
**Filed (f) or Converted (c):** 08/13/91 (f)
**§341(a) Meeting Date:** 01/31/08
**Claims Bar Date:** 10/16/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Settlement Allapattah Services Inc.  (u)<br>   Waiting Final 5% disbursement 6/30/09<br>claim # 00001339<br>Paul Edgerly elected not to receive the final 5%<br>distribution | 0.00 | 0.00 | | 40,424.48 | 0.00 |
| 12 | REAL PROPERTY 3461 SW 15 Court- Exempt<br>   ROND 1/29/1992 | 65,000.00 | 58,500.00 | DA | 0.00 | FA |
| 13 | CASH ON HAND- Exempt<br>   ROND 10/7/1991 | 20.00 | 0.00 | DA | 0.00 | FA |
| 14 | BANK ACCOUNTS Merchants  #4301- Exempt<br>   ROND 10/7/1991 | 534.27 | 0.00 | DA | 0.00 | FA |
| 15 | HOUSEHOLD GOODS AND FURNISHINGS Exempt<br>   ROND 10/7/1991 | 100.00 | 0.00 | DA | 0.00 | FA |
| 16 | WEARING APPAREL- Exempt<br>   ROND 10/7/1991<br>Note Summary of Assets incorrect on schedule | 100.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 50.32 | Unknown |
| 7 | **Assets**        **Totals** (Excluding unknown values) | **$65,754.27** | **$58,500.00** | | **$40,474.80** | **$0.00** |

Printed: 07/27/2010 12:57 PM     V.12.06

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 91-22965 RBR

**Case Name:** EDGERLY, PAUL WILFRED

**Period Ending:** 06/30/10

**Trustee:** (290240)   KENNETH A. WELT

**Filed (f) or Converted (c):** 08/13/91 (f)

**§341(a) Meeting Date:** 01/31/08

**Claims Bar Date:** 10/16/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)  Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. DA=§554(c) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

Asked Attorney to follow up on final 5% distribution. 4.6.10

Requested information on how to close without schedules available from the court 1/31/10

to file notice of abandonment on balance of distribution 1/31/10

3/24/09 waiting on 5% balance distribution

This case was reopened to administer additional asset

Taxes Completed

No claims filed when case originally opened

Sending Trustee letters to those on Schedule F 6/26/10

Requesting response by 8/15/10 and will filed final report at that time.

Requested information on how to close without schedules available from the court 1/31/10

to file notice of abandonment on balance of distribution 1/31/10

3/24/09 waiting on 5% balance distribution

This case was reopened to administer additional asset

Taxes Completed

**Initial Projected Date Of Final Report (TFR):** November 30, 2008      **Current Projected Date Of Final Report (TFR):** September 30, 2010

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 91-22965 RBR | |
| Case Name: | EDGERLY, PAUL WILFRED | |
| Taxpayer ID #: | **-***1686 | |
| Period Ending: | 06/30/10 | |

| | |
|---|---|
| Trustee: | KENNETH A. WELT (290240) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****72-65 - Money Market Account |
| Blanket Bond: | $3,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/22/08 | {1} | Allapattah DFC Class Action Seettlement Fund | Settlement Allapattah Services, Inc. | 1249-000 | 40,424.48 | | 40,424.48 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.32 | | 40,425.80 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 4.80 | | 40,430.60 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 5.30 | | 40,435.90 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1200% | 1270-000 | 4.40 | | 40,440.30 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1000% | 1270-000 | 3.31 | | 40,443.61 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 2.81 | | 40,446.42 |
| 01/02/09 | 1001 | INTERNATIONAL SURETIES, LTD. | Bond Local Rules | 2300-000 | | 31.53 | 40,414.89 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.64 | | 40,416.53 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.53 | | 40,418.06 |
| 03/10/09 | 1002 | Internal Revenue Service | EIN 13-7601686 Form 1041 2008 | 2810-000 | | 2,550.00 | 37,868.06 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.75 | | 37,869.81 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.54 | | 37,871.35 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.49 | | 37,872.84 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.64 | | 37,874.48 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.59 | | 37,876.07 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.59 | | 37,877.66 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.54 | | 37,879.20 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.54 | | 37,880.74 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.59 | | 37,882.33 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.59 | | 37,883.92 |
| 01/06/10 | 1003 | INTERNATIONAL SURETIES, LTD. | Bond Local Rules | 2300-000 | | 31.67 | 37,852.25 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.49 | | 37,853.74 |

Subtotals :          $40,466.94          $2,613.20

{} Asset reference(s)

Printed: 07/27/2010 12:57 PM     V.12.06

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 91-22965 RBR | | Trustee: | KENNETH A. WELT (290240) |
|---|---|---|---|---|
| Case Name: | EDGERLY, PAUL WILFRED | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****72-65 - Money Market Account |
| Taxpayer ID #: | **-***1686 | | Blanket Bond: | $3,000,000.00   (per case limit) |
| Period Ending: | 06/30/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.44 | | 37,855.18 |
| 03/02/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.15 | | 37,855.33 |
| 03/02/10 | | Wire out to BNYM account 9200******7265 | Wire out to BNYM account 9200******7265 | 9999-000 | -37,855.33 | | 0.00 |

|  | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | 2,613.20 | 2,613.20 | | $0.00 |
| Less: Bank Transfers | -37,855.33 | 0.00 | | |
| **Subtotal** | 40,468.53 | 2,613.20 | | |
| Less: Payments to Debtors | | 0.00 | | |
| **NET Receipts / Disbursements** | **$40,468.53** | **$2,613.20** | | |

{} Asset reference(s)

Printed: 07/27/2010 12:57 PM    V.12.06

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 91-22965 RBR
**Case Name:** EDGERLY, PAUL WILFRED

**Taxpayer ID #:** **-***1686
**Period Ending:** 06/30/10

**Trustee:** KENNETH A. WELT (290240)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******72-65 - Money Market Account
**Blanket Bond:** $3,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/02/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7265 | Wire in from JPMorgan Chase Bank, N.A. account ********7265 | 9999-000 | 37,855.33 | | 37,855.33 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 1.55 | | 37,856.88 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 1.56 | | 37,858.44 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 1.60 | | 37,860.04 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 1.56 | | 37,861.60 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | **37,861.60** | **0.00** | **$37,861.60** |
| Less: Bank Transfers | 37,855.33 | 0.00 | |
| **Subtotal** | **6.27** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$6.27** | **$0.00** | |

{} Asset reference(s)

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 91-22965 RBR
**Case Name:** EDGERLY, PAUL WILFRED

**Taxpayer ID #:** **-***1686
**Period Ending:** 06/30/10

**Trustee:** KENNETH A. WELT (290240)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******72-65 - Money Market Account
**Blanket Bond:** $3,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  | | | TOTAL - ALL ACCOUNTS | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|---|---|---|
|  | | | MMA # ***-*****72-65 | | 40,468.53 | 2,613.20 | 0.00 |
|  | | | MMA # 9200-******72-65 | | 6.27 | 0.00 | 37,861.60 |
|  | | | | | $40,474.80 | $2,613.20 | $37,861.60 |

{} Asset reference(s)

Printed: 07/27/2010 12:57 PM    V.12.06